UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>                 Plaintiff,<br>v.<br><br>SOFTWAREMEDIA.COM, INC., a Washington Corporation; ADAM CHILDERS, an Individual; and DOES 1-10, Inclusive,<br><br>                 Defendants. | Case No.: 14-CV-02147-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff's Attorney: Nicole Drey
Defendant's Attorney: Colby Springer; Maralyn English

     A case management conference was held on December 17, 2014. A further case management conference is set for March 25, 2015, at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by March 18, 2015.

     The Court will not stay or bifurcate discovery. The relevant time period for discovery shall be from May 9, 2011 to the fact discovery cut-off.

     The parties are hereby referred to the Court ADR Program for mediation.

     The Court set the following case schedule:

LAST DAY TO AMEND PLEADINGS OR ADD PARTIES is February 2, 2015.

DEADLINE TO COMPLETE SETTLEMENT NEGOTIATIONS is March 10, 2015.

FACT DISCOVERY CUTOFF is August 13, 2015.

EXPERT DISCOVERY:

    Opening Reports:    August 27, 2015
    Rebuttal Reports:    September 10, 2015

Cutoff:                    September 24, 2015

DISPOSITIVE MOTIONS shall be filed by October 15, 2015 and set for hearing no later than December 3, 2015, at 1:30 p.m.  Each side may file only one dispositive motion in the entire case.

PRETRIAL CONFERENCE is January 28, 2016 at 1:30 p.m.

JURY TRIAL: February 22, 2016, at 9:00 a.m. in Courtroom 8, 4th floor

ESTIMATED LENGTH OF TRIAL: 4 days

**IT IS SO ORDERED.**

Dated: December 17, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 14-CV-02147-LHK
CASE MANAGEMENT ORDER

2