UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>SOFTWAREMEDIA.COM, INC., et al.,<br><br>Defendants. | Case No.:14-CV-02147-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' further joint case management conference statement, ECF No. 61, the case management conference currently scheduled for March 25, 2015, at 2 p.m., is hereby CONTINUED to June 17, 2015 at 2 p.m.

**IT IS SO ORDERED.**

Dated: March 19, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-02147-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE