UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PROSPECTS INC., et al.,<br><br>Defendants. | Case No. 14-CV-02147-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Nicole Drey
Defendants' Attorneys: George Shohet, Richard Peddie

    A case management conference was held on June 17, 2015. A further case management conference is set for September 24, 2015, at 1:30 p.m. The parties shall file their joint case management statement by September 17, 2015.

    By June 23, 2015, Plaintiff shall move to dismiss without prejudice Defendant JHS Enterprises, Inc.

    By June 26, 2015, Plaintiff and Defendant United Prospects Inc. ("UPI") shall file a stipulation of dismissal. If the parties fail to do so, then UPI shall serve its initial disclosures by July 2, 2015.

    By July 6, 2015, the parties are ordered to file an ADR stipulation identifying the agreed-upon ADR method, neutral, location, and date. The parties' deadline for completing ADR is September 15, 2015.

1

Case No. 14-CV-02147-LHK
CASE MANAGEMENT ORDER

Defendant Blue Source Group, Inc.'s ("BSG") request to stay or bifurcate discovery is DENIED. BSG is ordered to produce discovery relevant to the causes of actions identified in Plaintiff's second amended complaint and should not limit its discovery responses to transactions involving SoftwareMedia.com or Adam Childers. Accordingly, BSG is granted an extension until July 17, 2015, to produce documents responsive to Plaintiff's requests for production.

The Court modified the case schedule as follows:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: August 1, 2015

DEADLINE TO COMPLETE MEDIATION: September 15, 2015

FACT DISCOVERY CUTOFF: December 23, 2015

EXPERT DISCOVERY:
    Opening Reports: January 14, 2016
    Rebuttal Reports: January 28, 2016
    Close of Expert Discovery: February 11, 2016

DISPOSITIVE MOTIONS shall be filed by March 3, 2016, and set for hearing no later than April 21, 2016 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: June 23, 2016, at 1:30 p.m.

JURY TRIAL: July 18, 2016, at 9:00 a.m. Trial is expected to last 4 days.

**IT IS SO ORDERED.**

Dated: June 17, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No. 14-CV-02147-LHK
CASE MANAGEMENT ORDER