UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLUE SOURCE GROUP, INC.,<br><br>　　　　Defendant. | Case No. 14-CV-02147-LHK<br><br>**ORDER SUPERSEDING PREVIOUS ORDER TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT, AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 91 |

After review, the Court notes that Defendant United Prospects, Inc. was dismissed with prejudice from this case on June 29, 2015.  ECF No. 80.  In light of this fact, the parties no longer need to file a supplemental joint case management statement as previously ordered.  ECF No. 92.

In addition, the parties' request that the case management conference be continued is hereby GRANTED.  The case management conference, originally set for September 17, 2015, at 1:30 p.m., is continued to October 14, 2015, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 14, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 14-CV-02147-LHK
ORDER SUPERSEDING PREVIOUS ORDER TO FILE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT, AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE