UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>        v.<br><br>BLUE SOURCE GROUP, INC.,<br><br>    Defendant. | Case No. 14-CV-02147-LHK<br><br>**ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for October 14, 2015, at 2 p.m.  *See* Civ. Local R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement no later than October 13, 2015, at 10 a.m.  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  *Id.*

**IT IS SO ORDERED.**

Dated: October 9, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-02147-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT