UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>   Plaintiff,<br><br> v.<br><br>BLUE SOURCE GROUP, INC.,<br><br>   Defendant. | Case No. 14-CV-02147-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney:  Nicole Drey
Defendant's Attorney:  Richard Peddie

  A case management conference was held on October 14, 2015.  A further case management conference is scheduled for January 20, 2016, at 2:00 p.m.

  During the case management conference, the parties stipulated to a one-week extension for Defendant to file an opposition to Plaintiff's motion to dismiss, and a one-week extension for Plaintiff to file a reply to Defendant's opposition.  Thus, Defendant shall file an opposition to Plaintiff's motion to dismiss no later than October 26, 2016 and Plaintiff shall file a reply no later than November 9, 2016.

  The parties are hereby referred to private mediation, with a deadline of January 15, 2016 to complete mediation.  In light of this deadline, the parties shall file their joint case management statement for the January 20, 2016 case management conference no later than January 18, 2016.

1

Case No. 14-CV-02147-LHK
CASE MANAGEMENT ORDER

The case schedule remains as set.  For the convenience of the parties, the case schedule is as follows:

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Stipulated Protective Order | November 16, 2015 |
| Close of Fact Discovery | December 23, 2015 |
| Opening Expert Reports | January 14, 2016 |
| Deadline to Complete Mediation | January 15, 2016. |
| Rebuttal Expert Reports | January 28, 2016 |
| Close of Expert Discovery | February 11, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | March 3, 2016 |
| Hearing on Dispositive Motions | April 21, 2016, at 1:30 p.m. |
| Final Pretrial Conference | June 23, 2016, at 1:30 p.m. |
| Jury Trial | July 18, 2016, at 9:00 a.m. |
| Length of Trial | 6 days |

**IT IS SO ORDERED.**

Dated:  October 14, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge