1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ADOBE SYSTEMS INCORPORATED,

Plaintiff,

v.

BLUE SOURCE GROUP, INC.,

Defendant.

Case No. 14-CV-02147-LHK

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 123

On January 18, 2016, the parties provided notice to the Court "that a settlement of this action, in its entirety, has been reached." ECF No. 123. In light of this development, the case management conference, currently set for January 20, 2016, at 2:00 p.m., is hereby CONTINUED to February 11, 2016, at 1:30 p.m. The hearing on Plaintiffs' motion to dismiss, currently set for February 11, 2016, at 1:30 p.m., remains as scheduled. All remaining dates in the case schedule, including the hearing on dispositive motions, the pretrial conference, and trial, shall remain as set.

If the parties do not file a stipulation of dismissal of this action in its entirety prior to February 11, 2016, the Court is prepared to issue a ruling on Plaintiffs' pending motion to dismiss and intends to move forward accordingly with the case schedule.

1    **IT IS SO ORDERED.**

2    Dated:  January 18, 2016

3    _____

4    LUCY H. KOH
     United States District Judge

United States District Court
Northern District of California

Case No. 14-CV-02147-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE