UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUE SOURCE GROUP, INC.,<br><br>    Defendant. | Case No. 14-CV-02147-LHK<br><br>**ORDER REGARDING DEADLINE TO FILE STIPULATION OF DISMISSAL** |

On January 18, 2016, the Court issued an order requiring the parties to file a stipulation of dismissal of this action in its entirety by February 11, 2016. ECF No. 124 at 1. Because a hearing on Plaintiffs' motion to dismiss and a case management conference are currently set for February 11, 2016, the Court hereby REVISES its January 18, 2016 Order and now ORDERS the parties to file a stipulation of dismissal by February 8, 2016, at 5:00 p.m. If the parties do not meet this deadline, the hearing on Plaintiffs' motion to dismiss and the case management conference will take place on February 11, 2016, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 2, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-02147-LHK
ORDER REGARDING DEADLINE TO FILE STIPULATION OF DISMISSAL