UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE COURTHOUSE

| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation, | Case No.: 5:14-cv-02147-LHK |
|---|---|
| Plaintiff, | [~~PROPOSED~~] DISMISSAL WITH PREJUDICE |
| v. | Honorable Lucy H. Koh |
| SOFTWAREMEDIA.COM, INC., et al., | |
| Defendants. | |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction and Dismissal ("Stipulation"), between Plaintiff ADOBE SYSTEMS INCORPORATED ("Plaintiff"), on the one hand, and Defendant BLUE SOURCE GROUP, INC. ("Defendant"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES as follows:

1. The Court finds there is no just reason for delay in entering this Dismissal with Prejudice.

2. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Litigation, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of the confidential Settlement Agreement.

3.     **NO FEES AND COSTS.**  Each party shall bear their own attorneys' fees and costs incurred in this matter.

4.     **DISMISSAL.**  The Court hereby dismisses this action, including all counterclaims, in its entirety with prejudice.   The Clerk shall close the file.

IT IS SO ORDERED, ADJUDICATED and DECREED this   5th   day of February 2016.

_Lucy H. Koh_
HONORABLE LUCY H. KOH
United States District Judge
Northern District of California

San Jose Courthouse